IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN GRANGER
ADC #104931                                                                                    PLAINTIFF

v.                              CASE NO. 5:12CV00330 BSM/JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                  DEFENDANT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections by plaintiff Jonathan Granger have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Additionally, Mr. Granger has not shown a denial of a constitutional right or that the issues in the case should have been resolved differently. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, no certificate of appealability will issue.

IT IS THEREFORE ORDERED that:

1.   Mr. Granger's petition for writ of habeas corpus [Doc. No. 2] is DISMISSED without prejudice.

2.   A certificate of appealability is denied.

Dated this 5th day of October 2012.

                                                                                         UNITED STATES DISTRICT JUDGE